N/S/I

FILED

2024 JAN 11 AM 10: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY EEE

Name: Gwendolyn Hall
Address: 955 N. Lake Ave
Pasadena, Ca 91104
Phone:
Fax:
In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Hall, Plaintiff

v.

Pasadena Police Department, Defendant(s).

CASE NUMBER: 2:24-CV-00270-CBM-JPRx

Complaint

(Enter document title in the space provided above)

Several Pasadena Police officer's and Detectives been helping the individuals stage the Civil Rights claim's, and have been helping the woman Commit identity theft In exchange For Gift's being Sent to The Pasadena Police STATION.

The woman assuming my identity put a bunch of Falsified Documents in my Social Security File, and the woman USED the Pasadena Police Department to ATTained the Falsified Paperwork From the Social Security office.

The Sarasota, Florida Police Department, Virginia Police department, and Washington, Dc Law enforcement (FBI agents/US Attorneys) helped me gather evidence to bring back to the Pasadena Police Department.

Melissa TruJiLLo (Police Supervisor records Department) turned the evidence over to the woman assuming my identity, and The Hispanic man who was Staging Civil Rights claims through out the CITY OF Pasadena.

I Filed over 30 Police report's with The Pasadena Police DEpartment between 4/2020 Thur 7/2022. The Pasadena Police Department was Instructed to not take any actions towards the Complaints.

The individuals had USED the Police complaints to File a Civil rights claims in my name.

The Hispanic FBI agent dug a hole in the Front Yard of the Apartment Building that I lived in to the water line connected a Tube to the water line, and started Pouring chemicals down the Tube to STOP me From Drinking water. IF I Drunk the water it Damaged my mouth. The Hispanic FBI agent had an Hispanic Pasadena Police Detective Drive by the unit to Witness the Crime; The Hispanic FBI agent needed the Pasadena Detectives to document the Crime. The Hispanic man altered medical records at Huntington Hospital, The Hispanic man gave Huntington Hospital a Tube of HIV blood in a Syringe to A Technician, and told the technician to make the Comtaminated blood look like my blood. The Comtaminated HIV blood Came From the woman's After birth who had USED my medical Insurance to have the BaBY. The Hispanic man had Given my Keys to my neighbor Martha Williams at 191 E. Penn St to Put chemicals to remove my hair in my Hair Products, The Hispanic woman assuming my identity put Chemicals in Hair product's in Ross and The Beauty Supply STore to remove my Hair. The Hispanic man/woman had The Pasadena Police Department TAKE Picturs oF the Hair Damage.

The Hispanic Woman arranged to have 3 employees From the Pasadena Mayor OFFice 2 women, and 1 man Stand outside to Wait For me to leave out the Mayor OFFice to bE Witnesses to MY Hair Damage. ONE OF The Witness was Senior Executive Assistant "ELijah."

My Most recent Police Report was for identity theft. Detective Diott Financial Crime CASE #21004452 (626) 744-4565 ext 0 9/2023. Detective Diott Was helping the woman assume my Identity, Commit Medical Insurance Fraud, and Snap benefit Fraud. Detective Diott was Giving the Hispanic woman the evidence been Provided to The Pasadena Police Department against her. It was also said by Several Police Officers, that Diott WAS receiving Gifts. The Hispanic man/woman made sure, that I Knew that Diott Was taking Gifts.

I woman assuming my identity told Melissa TrujiLLo (Police records Supervisor) Not to accept anymore evidence From me.

The woman ran a Scam at The Denist. I Go to the Denist 01-9-2024 Rohit BASSON, D.D.S. 1283 N. Lake Ave Pasadena, Ca 91104 (626) 797-3457. The mexican man Go to THE DENtal oFFice. The Doctor office (Denist) Gave me two prescriptions to take to WAlGreens, but the Hispanic man have the prescriptions Filled at CVS, trying to run a medical Insurance Scam.

The Hispanic man staged the Civil Rights claims under Pasadena Police Chief's Perez, Moody, and Clawson. After the Hispanic man Cash in on the staged Civil Rights Claims in Florida, he had Pasadena Mayor Victor Gordo Put a NEW Police Chief in office, and A Black Police Chief was chosing to cover-up the racism that I endured From Hispanics.

The SarasoTA Police Department (Detectives) 2099 Adams Ln SarasoTA, Fl 34237 (941) 263.6773 has a Copy of The Check Cashed From the Civil Rights Claim Filed in Florida.

The previous Pasadena Police Chief's Perez, clawson, and Moody Was the witness For the Payout.

When the Hispanic FBI man got Ready to get the Payment, he had The Pasadena office of Hearings 800 E. Colorado Bl Suite 500 Pasadena, Ca 91101 (866) 354.0220 SEND MY Social Security File to Florida trying to make it look like I was a resident of Florida. The agent even tried to Sign me up For Jury Duty in SarasoTA, Florida.

The Pasadena Police Department let the woman Go in the DMV, and alter my Driver license. The woman/Hispanic man STole the Driver license ISSUED 02/2021 out the Postal mail.

The Hispanic man STole my Gold watch, and chain out the Pawnshop "Diamon Jim." The Pawnshop tickets was altered.

The Pasadena Police Put a water Bill with Pasadena water and Power in my name. Pasadena Police Chief Moody Purchased a Car using my identity. Pasadena Police chief was Paid to let the Hispanic man Scandalize the CITY OF Pasadena. John Perez retired to help the Hispanic man run the Scam.

The Same individuals are trying to Force me to leave the state For they can repeat what they did in Florida In 2022.

A Civil Rights Claim was filed against The Post office and HUD. The Same individual has been Keeping me homeless In order to run the Financial Scam against Section 8.

[signature]

1-11-2024




**Referral to,**

NEWPORT DENTAL
290 N HILL AVE, STE 1 PASADENA, CA 91106-1563 (626) 440-0240

**Patient,**
**Patient name:** GWENDOLYN 'C' HALL
**Patient address:** 955 N LAKE AVE PASADENA, CA 91103

**Patient Phone number:** (323)757-0967 **Date:** 01/09/2024

**Referred by,**
**Provider Name :** ROHIT BASSON DDS, MBA NPI:1437709706
**Address:** 1282 N LAKE AVENUE, PASADENA CA 91104
**Phone :** (626)797-3451 **Fax:** (626)797-3431
SmileNowDentalCA@gmail.com

**Notes:**

PATIENT NEED EVALUATION AND TREATMENT FOR DEEP CLEANING

**Provider Signatures :**

Signed: 01/09/2024 3:28:49 PM

The Hispanic man, and Pink had Denist Rohit Basson DDS, MBA 1282 N. Lake Ave Pasadena, ca 91104 (626)797-3451 give me a prescription to have Walgreens fill, and gave the woman a prescription to CVS to have Fill.

01-9-2024 Two Separate prescription was filled under my name, one at CVS, and one at Walgreens. She tell the Denist to Give me a Referral to Newport Dental, and not to Do the Deep Cleaning. The woman been damaging my teeth with the Hispanic man to Get Dental Implants under my medical Insurance.



MIC# 986638

condom when taking this drug. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical

**Keep out of reach of children: Store in safety container or secure area.**

GWENDOLYN C HALL
955 N Lake Ave, Pasadena, CA 911044518
NEED PHONE
RX # 0967430-09139 DATE: 01/09/24
AMOXICILLIN 500MG TABLETS
QTY: 30 NO REFILLS - DR. AUTH REQUIRED
Copy NDC:57237-0028-01
Retail Price: $23.99 Your Insurance Saved You: $23.99
$ 0.00
PBR: R. BASSON PLAN: CAMED
MFG:CITRON GROUP# MEDICALRX
DIV/KTN/KTN/ /KTN CLAIM REF# 00084853892601
Walgreens 670 N LAKE AVE PASADENA, CA 911011220
PH:(626)585-8926
Duplicate receipt
PINK
FRONT: A
BACK: 66
DIV/KTN/KTN/ /KTN

GWENDOLYN C HALL
955 N Lake Ave, Pasadena, CA 911044518
NEED PHONE
RX # 0967430-09139 DATE: 01/09/24
AMOXICILLIN 500MG TABLETS
QTY: 30 NO REFILLS - DR. AUTH REQUIRED
Copy NDC:57237-0028-01
Retail Price: $23.99 Your Insurance Saved You: $23.99
$ 0.00
PBR: R. BASSON PLAN: CAMED
MFG:CITRON GROUP# MEDICALRX
DIV/KTN/KTN/ /KTN CLAIM REF# 00084853892601
Walgreens 670 N LAKE AVE PASADENA, CA 911011220
PH:(626)585-8926
Customer receipt
Pharmacy use only
WAITING
TUE 5:03PM
Copy
AMOXICILLIN 500MG TABLETS
57237-0028-01
FAST RACK
QTY 30
10 DRAM

# Walgreens

#09139 670 N LAKE AVE
PASADENA, CA 91101
626-585-8926

853 7349 0042 01/09/2024 5:08 PM

| | |
|---|---|
| FSA RX 0967429 | 0.00 |
| FSA RX 0967430 | 0.00 |
| TOTAL | 0.00 |
| CASH | 0.00 |

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN UNLIMITED 1% WALGREENS CASH REWARDS STOREWIDE AND ONLINE? SEE OUR WEEKLY AD FOR MORE INFORMATION. ITEMS CHANGE WEEKLY. RESTRICTIONS APPLY. FOR TERMS AND CONDITIONS, VISIT MYWALGREENS.COM

RFN# 0913-9427-3496-2401-0903





HUNDREDS OF PHARMACY PLANS STILL COVER COVID-19 OTC TEST KITS, ASK THE PHARMACY IF YOUR PLAN COVERS TODAY!

How are we doing?
Enter our monthly sweepstakes for
$3,000 cash

Visit
WWW.WALGREENSLISTENS.COM
or scan this code with your mobile device



*******************
or call toll free
1-855-855-5905
within 72 hours to take a short survey about this Walgreens visit

SURVEY#
0913-9427-349

PASSWORD
6240-1090-326

test rules, see store or
WALGREENSLISTENS.COM

---

WIC# 986638

breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have

**Keep out of reach of children: Store in safety container or secure area.**

CUT HERE

**GWENDOLYN C HALL**
955 N Lake Ave, Pasadena, CA 911044518
NEED PHONE
**RX # 0967429-09139** DATE: 01/09/24

**CHLORHEXIDINE 0.12% ORAL RINS 473ML**
QTY:473 NO REFILLS - DR. AUTH REQUIRED
Copy NDC:00116-2001-16
Retail Price: $12.99 Your Insurance Saved You: $12.99

$ 0.00

PBR: R. BASSON PLAN: CAMED
MFG:XTTRIUM GROUP# MEDICALRX
DIV/KTN/KTN/KTN/KTN CLAIM REF# 000848538592O1

Walgreens 670 N LAKE AVE PASADENA, CA 911011220
PH:(626)585-8926

Customer receipt

**GWENDOLYN C HALL**
955 N Lake Ave, Pasadena, CA 911044518
NEED PHONE
**RX # 0967429-09139** DATE: 01/09/24

**CHLORHEXIDINE 0.12% ORAL RINS 473ML**
QTY:473 NO REFILLS - DR. AUTH REQUIRED
Copy NDC:00116-2001-16
Retail Price: $12.99 Your Insurance Saved You: $12.99

$ 0.00

PBR: R. BASSON PLAN: CAMED
MFG:XTTRIUM GROUP# MEDICALRX
DIV/KTN/KTN/KTN/KTN CLAIM REF# 000848538592O1

Walgreens 670 N LAKE AVE PASADENA, CA 911011220
PH:(626)585-8926

Duplicate receipt

**Pharmacy use only**

**WAITING**
TUE 5:03PM
**Copy**

CHLORHEXIDINE 0.12% ORAL RINS 473ML
00116-2001-16
LIQUID

**QTY 473**

LIQUID

DIV/KTN/KTN/KTN/KTN

The Same Prescription was filled at CVS on Lake Ave. The woman had the Denist give her the same prescription

DPSS Customer Service Center VIII
PO Box 4008
Compton, CA 90224-4008

**COUNTY OF LOS ANGELES**

**Date:** 09/18/2023
**Case Name:** GWENDOLYN C HALL
**Case Number:** B0CT598
**Worker Name:** CUSTOMER REP
**Worker ID:**
**Worker Phone Number:** 1-866-613-3777

## VERIFICATION OF BENEFITS

Department of Public Social Services
Pasadena District #03
955 North Lake Avenue
Pasadena, CA 91104-4518

GWENDOLYN C HALL
955 N LAKE AVE
PASADENA, CA 91104-4518

SSA DISTRICT OFFICE
SEP 18 2023
PASADENA CA

HEIPED The woman steal disability checks and steal My Postal Mail.

**A. VERIFICATION**

This will verify that the above participant is receiving:

CalWORKs (cash) in the amount of $ ______ , per month for 0 people.

General Relief (cash) in the amount of $ ______ , per month for 0 people.

Refugee Cash Assistance (cash) in the amount of $ ______ , per month for 0 people.

CalFresh benefits in the amount of $ 38.00 , per month for 1 people.

Medi-Cal - In Receipt of Medical Benefits , per month for 0 people.

**B. ASSISTANCE UNIT (AU) MEMBERS**

| | Name | Relation to #1 | | Name | Relation to #1 |
|---|---|---|---|---|---|
| 1. | | | 7. | | |
| 2. | | | 8. | | |
| 3. | | | 9. | | |
| 4. | | | 10. | | |
| 5. | | | 11. | | |
| 6. | | | 12. | | |

**C. CLIENT AUTHORIZATION FOR RELEASE OF INFORMATION**

I authorize DPSS to release the above information to: DPSS, Pasadena office, did not receive a September 8, 2023, SSI check for Gwendolyn Hall. Thank you, Rhea Kamzik. [signature] (626) 296-4604

Participant Signature Date

Witness Signature, If Participant Not Able to Sign Date

File: Miscellaneous Folder Retention: Three Years

76V244G PA 1918 (5/13)

0000000425126170



UniCourt



This case was last updated from **Los Angeles County Superior Courts** on 02/23/2023 at 03:27:33 (UTC). Update This Case

# HALL, GWENDOLYN VS PEREZ, JOHN

## Case Summary

On 11/29/2021 **HALL, GWENDOLYN** filed a Family - Harassment lawsuit against **PEREZ, JOHN.** This case was filed in Los Angeles County Superior Courts, Pasadena Courthouse located in Los Angeles, California. The Judges overseeing this case are MARTELLA, TIMOTHY and OLDENDORF, MARGARET L.. The case status is Disposed - Other Disposed.



## Case Details

**Case Number:**
*******1313

**Filing Date:**
11/29/2021

**Case Status:**
Disposed - Other Disposed

UniCourt uses cookies to improve your online experience, for more information please see our Privacy Policy. By continuing to use this website, you agree to UniCourt's General Disclaimer, Terms of Service, Cancellation and Refund Policy, Privacy Policy, and Public Records Policy. If you do not agree with these terms, then do not use our website and/or services.

I AGREE

Docket Minute Order

12/21/2021

Docket at 8:30 AM in Department S, Oldendorf, Margaret L., Presiding; Restraining Order Hearing - Held - Continued, TRO Reissued

12/21/2021

Docket Request to Continue and Reissue TRO (Form 115); Filed by Petitioner

12/21/2021

Docket Minute Order

12/21/2021

Docket Notice - Hearing & Order on Reissuance TRO (Form 116); Filed by Petitioner

12/16/2021

Docket Fee Waiver - Order on Court Fee Waiver - Granted FW003; Filed by Petitioner

11/29/2021

Docket Civil Case Cover Sheet ((ADDENDUM) )

11/29/2021

Docket Notice - Court Hearing (Form 109) ((DENIED) ); Filed by Petitioner

11/29/2021

Docket Petition - Civil Harassment (non-violence); Filed by Petitioner

UniCourt uses cookies to improve your online experience, for more information please see our Privacy Policy. By continuing to use this website, you agree to UniCourt's General Disclaimer, Terms of Service, Cancellation and Refund Policy, Privacy Policy, and Public Records Policy. If you do not agree with these terms, then do not use our website and/or services.

Los Angeles County Superior Courts

**Courthouse:**
Pasadena Courthouse

**County, State:**
Los Angeles, California

### Judge Details

**Presiding Judges**

**MARTELLA, TIMOTHY** **OLDENDORF, MARGARET L.**

### Party Details

**Petitioner**

**HALL GWENDOLYN**

**Respondent**

**PEREZ JOHN**

## Court Documents

Minute Order

Civil Case Cover

Notice - Court

Petition - Civil

UniCourt uses cookies to improve your online experience, for more information please see our Privacy Policy. By continuing to use this website, you agree to UniCourt's General Disclaimer, Terms of Service, Cancellation and Refund Policy, Privacy Policy, and Public Records Policy. If you do not agree with these terms, then do not use our website and/or services.

Declaration - Ex Parte Notice (No

11/29/2021: Declaration - Ex

Download

Fee Waiver - Order on Court Fee

12/16/2021: Fee Waiver - Order on

Download

Request to Continue and

12/21/2021: Request to

Download

Notice - Hearing & Order on

12/21/2021: Notice Hearing & Order

Download

Minute Order

1/11/2022: Minute Order

Download

## Docket Entries

01/11/2022

Docket at 8:30 AM in Department S, Martella, Timothy, Presiding; Restraining Order Hearing -

UniCourt uses cookies to improve your online experience, for more information please see our Privacy Policy. By continuing to use this website, you agree to UniCourt's General Disclaimer, Terms of Service, Cancellation and Refund Policy, Privacy Policy, and Public Records Policy. If you do not agree with these terms, then do not use our website and/or services.

Why is this public record being published online?

Company

Solutions

Industries

About

Careers

Pricing

Blog

Contact Us

Resources

Court Coverage

UniCourt vs PACER

PACER Data API

Federal Court Records

State Court Records

API Documentation

Follow Us

LinkedIn

Twitter

YouTube

Facebook

Instagram

UniCourt uses cookies to improve your online experience, for more information please see our Privacy Policy. By continuing to use this website, you agree to UniCourt's General Disclaimer, Terms of Service, Cancellation and Refund Policy, Privacy Policy, and Public Records Policy. If you do not agree with these terms, then do not use our website and/or services.

TRUIST
BANK

FI Address: 2501 WOOTEN BLVD

ACH OPERATIONS 100-99-04-10

WILSON, NC 27893 FI Phone: (800) 774-8179

877-752-5544
#3

The FBI Agent (Hispanic man/Hispanic woman), Who WAS AT The Executive OFFice (Board of Supervisor) Alone with white man/Black man is using the Documents submitted to stage Civil Rights claims under My name. HAD Pasadena social Security OFFice Manger Mrs. Pham Change the Banking information to Another STATE, After I Filed a Claim SEP 22, 2023.

To Run A Financial Scam on Banks

8750 Wilshire BF STE 200
(310) 854-7782

Pasadena Police Chief

CASE # 21004452 D10H




Name: Gwendolyn Hall

Address: 955 N. Lake Ave Pasadena, CA 91104

Phone:

Comments:

The individuals are running a Financial Scam on The CITY OF Pasadena. The individuals have the Pasadena Social Security OFFice Send MY disability Check to WAshington, DC Truist Bank ACCT: 1090001142669 in an attempt to run a Financial Scam on the Social Security, and Post OFFice. The individuals behind the Bank Scam, Postal Mail Scam, and disability Scam be in The Pasadena MAyor OFFice, and Executive OFFice, Board of Supervisors. The Individuals are behind the Identity theft, and medical Insurance Fraud. The individuals are holding my disability Check hostage in an attempt to steal it. Trust Bank 2501 Wooten Bl ACH operations 100-99-04-10 Wilson, NC 27893 (800) 774-8179 Refusing to send the check back to the Social Security office.

Signature: Gwendolyn Hall

Date: 9-26-2023

U.S. Postal Mail Inspection CASE # 2023-CAB-2963

Postal Mail

Pasadena Police Chief

CASE # 21004452
D10H




RECEIVED
2023 SEP 26 PM 3:45
CITY CLERK
CITY OF PASADENA

Name: Gwendolyn Hall

Address: 955 N. Lake Ave Pasadena, CA 91104

Phone:

Comments:

The individuals are running a Financial Scam on The CITY OF Pasadena. The individuals have the Pasadena Social Security OFFice Send MY disability Check to WAshington, DC Truist Bank ACCT: 1090001142669 in an attempt to run a Financial Scam on the Social Security, and Post OFFice. The individuals behind the Bank Scam, Postal Mail Scam, and disability Scam be in The Pasadena MAYor OFFice, and Executive OFFice, Board of Supervisors. The individuals are behind the Identity theft, and medical Insurance Fraud. The individuals are holding my disability Check hostage in an attempt to steal it. Truist Bank 2501 Wooten Bl ACH operations 100-99-04-10 Wilson, NC 27893 (800) 774-8179 Refusing to send the check back to the Social Security office

Signature: [signature] Gwendolyn Hall

Date: 9-26-2023

Social Security Case # [illegible]

U.S. Postal Mail Inspection CASE # 2023-CAB-2963

Postal Mail

Pacific Western Bank = Rex Ford Operation rooms, inc (310) 777-0033

8750 Wilshire Bl STE 200 (310) 854-7722

On 8-15-2023, The woman assuming My identity WAS Given this Form.

SOCIAL SECURITY ADMINISTRATION

Refer to:

Pasadena Field Office
104 N. Mentor Ave
Pasadena, CA.
91106
(626)796-0306

Name: Gwendolyn Hall
Address: 955 N Lake Ave
Pasadena, CA 91104

SSN: 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
DOB: 03/16/1970
SEX: Female

Social Security records indicate that the individual named below is entitled to SSI payment(s) for the month(s) of:

08/2023 and continuing.
(Indicate all months)

Medicare Part A Coverage: Yes ☐ No ☒
Medicare Part B Coverage: Yes ☐ No ☒

Medi-Cal Months/Years Requested:

08/2023 and continuing.
(Indicate all months)

Reason for new Medi-Cal Card:

- ☐ Newly Eligible
- ☐ Not Received
- ☐ Error/Mutilated
- ☐ Lost Card
- ☐ Reinstated To SSI
- ☒ Other requested

SSA DISTRICT OFFICE
AUG 17 2023
PASADENA CA 957

| SSA SIGNATURE: | TITLE: | DATE: |
|---|---|---|
| [signature] | Claims Representative | 8/17/2023 |

I certify that I do not have or have not received a valid Medi-Cal card for the month(s) listed above.

Claimant Signature                Date

**Take this form to:**
Department of Public Social Services
955 N. Lake Ave
Pasadena, CA 91106

(SSA DATE STAMP)

The Social Security ADministration Gave the woman the Paperwork to GET Medicare/medi-cal Under My nAME

FROM
Gwendolyn Hall
195 E. Penn st
Pasadena, CA 91103

Detach and mail this Juror Excuse Statement
if you qualify for an exemption

Postage Required
Post Office will not deliver without proper postage

ATTN: JURY OFFICE
CLERK OF THE CIRCUIT COURT
PO BOX 3079
SARASOTA FL 34230-3079

Pasadena Police Chief Harris

CITY OF PASADENA * INCORPORATED JUNE 1886 *

PASADENA POLI
RECORDS SE
207 N GARFIEL
PASADENA, CA

RECEIVED
2023 SEP 28 PM 1:35
CITY CLERK
CITY OF PASADENA

Name: Gwendolyn Hall

Address: 955 North Lake Av Pasadena CA 91104

Phone: CASE 1:23-cv-02189 Filed 07/27/23

Comments: CAREE ATTORNEY Harper Filed Civil Action Against Federal Judge OTIS Wright 2018

|

CAREE Harper Filed Civil rights lawsuit against Pasadena Police Department

|

Gwendolyn Hall V. Katherine et al (2:16-cv-07751) Federal Judge OTIS W

|

WAShington, DC (Stealing Documents)

|

Detective Diott Financial Crime CASE # 21004452 = Fedex 626-744-4565 Ext 0 Destroying records

|

Sending Gift VIA Fedex to bribe Pasadena Police offers

Signature: [signature] Hall Date: 9-28-2023

MOVED My Property out the Apt 7/2023 After Washington, DC discovered Section 8 was Wrong. Rush BAD to Calif moved Someone in the Apt that I Lived in. HAD the Social Security Alter & Falsify documents Been intercepting Postal Mail At 955 N Lake Av HAD Section 8 Destroy Documents

U.S. Government License Plate G10 AC7758 - Blue Pasadena




DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 51318
PHILADELPHIA, PA 19115-6318

09/11/2023

GWENDOLYN HALL
955 N LAKE AVE
:PASADENA STN:CA 91104-4518

Dear Sir or Madam:

You recently notified the Social Security Administration (SSA) that your Direct Deposit benefit payment dated 09/01/2023, in the amount of $1,020.36 was not received. SSA forwarded your inquiry to the Department of the Treasury for investigation.

We have confirmed that your Direct Deposit benefit payment was received by TRUIST BANK and credited to account number 1090001142669 on 09/01/2023.

If you have any other problems or questions regarding your Direct Deposit payment please contact SSA at the toll-free number 1-800-772-1213 or visit your local SSA office. Also, please have a copy of this letter available.

Sincerely,

Post Payment Division Director
W36T

STOlE MY 9/2023 Check. HAD The Check Sent to Washington, DC Forced me to Go without food.

Stole Package out the Post office

**UNITED STATES POSTAL SERVICE.**

PLAZA PASADENA
281 E COLORADO BLVD
PASADENA, CA 91101-9998
(800)275-8777

10/02/2023 01:58 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.65 |
| Philadelphia, PA 19115 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 10/04/2023 | | | |
| Tracking #: 9505 5163 3174 3275 6866 42 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.65 |
| Grand Total: | | | $9.65 |
| Cash | | | $10.00 |
| Change | | | -$0.35 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

My name

## NOTICE OF RELEASE OF LIABILITY

VEHICLE LICENSE NO. OR VESSEL CF NO.: 6HOV377

VEHICLE OR HULL IDENTIFICATION NO.: KMHDU46D09U749454

MAKE: HYUNDAI

YEAR: 2009 MODEL: ELANTRA BODY TYPE: 4DR SDN GLS AT

Mail Completed Form To: Dept. of Motor Vehicles, P.O. Box 942859, Sacramento, CA 94259-0001

ENTER ODOMETER READING HERE IN MILES: 135384

**YOUR LIABILITY FOR THIS VEHICLE OR VESSEL MAY NOT BE RELEASED IF YOU SUBMIT ILLEGIBLE OR INCOMPLETE INFORMATION.**

BUYER'S FULL NAME (LAST) (FIRST) (MIDDLE): TOYOTA OF PASADENA — IF DEALER CHECK HERE: X

ADDRESS: 3600 E FOOTHILL BLVD.

CITY: PASADENA STATE: CA ZIP CODE: 91107 DATE OF SALE (MO. DAY YR.): 09/30/23

SELLER'S FULL NAME (LAST) (FIRST) (MIDDLE): YORGA DEANTE C

SELLER'S ADDRESS: 817 E COLORADO BLVD

CITY: PASADENA STATE: CA ZIP CODE: 91101 SELLING PRICE: $ 1000.00

SELLER'S SIGNATURE: X [signature]

My name

Rancho Cucamonga, CA
USDOT 3083420
CA 520937
CA 79732R2

LAW FORM NO. 1000-NA
©2007 The Reynolds and Reynolds Company
The Printer makes no warranty, express or implied, as to content or fitness for purpose of this form. Consult your own legal counsel.

BUYER'S COPY

Dropped off at Pasadena Police Department.

- ☐ Jon Kobashigawa, MD
- ☐ Jaime Moriguchi, MD
- ☐ Michele Hamilton, MD
- ☐ Babak Azarbal, MD
- ☐ Dael Geft, MD
- ☐ Antoine Hage, MD
- ☐ Jignesh Patel, MD, Ph.D.
- ☐ Michelle Kittleson, MD, Ph.D.
- ☐ David Chang, MD
- ☐ Evan Kransdorf, MD, Ph.D
- ☐ Robert Cole, MD
- ☐ Andriana Nikolova, MD, Ph.D

Your Next Appointment is:
Stern 3/15/24 10:20AM
Date Day Time

8670 Wilshire Blvd., Suite 200 Beverly Hills, CA 90211
310-248-8300

Medical insurance In My name

Cancellation notice must be provided at least 24 hours in advance. Thank You!

GAVE My Banking information to someone

LILLY YU-DUNN
Client Relationship Consultant
usbank.com
626-660-2900 branch



County of Los Angeles

**DEPARTMENT OF PUBLIC SOCIAL SERVICES**

12860 CROSSROADS PARKWAY SOUTH · CITY OF INDUSTRY, CALIFORNIA 91746
Tel (562) 908-8400 · Fax (562) 695-4801

JACKIE CONTRERAS, PhD.
Director

Board of Supervisors
HILDA L. SOLIS
First District
HOLLY J. MITCHELL
Second District
LINDSEY P. HORVATH
Third District
JANICE HAHN
Fourth District
KATHRYN BARGER
Fifth District




November 13, 2023

Gwendolyn Hall
955 N LAKE AVE
PASADENA, CA 91104-4518

Dear Gwendolyn Hall:

**REQUEST FOR ADDITIONAL INFORMATION**

This is to notify you that the Los Angeles County Department of Public Social Services (DPSS) Civil Rights Section (CRS) received your civil rights complaint on **November 9, 2023**, in which you alleged discriminatory treatment by DPSS staff.

Civil Rights investigations are limited to discriminatory allegations related to programs and services administered by DPSS, based on race, color, ancestry, national origin (including language), ethnic group identification, age, physical or mental disability, medical condition, religion, sex, gender, gender identity or expression, sexual orientation, marital status, domestic partnership, political affiliation, citizenship, immigration status, and genetic information and any other applicable basis. **The information you provided does not meet the discrimination complaint elements. We need specific examples of the discriminatory act and against whom (when) to understand your discrimination allegations.**

To assist you with providing needed information, enclosed is a pamphlet titled: "Your Rights Under California Welfare Programs" (PUB13). This pamphlet explains discrimination and provides State Hearings procedures for benefits eligibility concerns. We understand you believe you were discriminated against, but you did not provide us with sufficient information to conduct a civil rights investigation.

The following additional information will assist us with your discrimination complaint:

1. Who discriminated against you?
2. Specific examples of how you were discriminated against (what was said)?
3. Nature of discrimination complaint (what happened)?
4. Why do you feel discriminated against?
5. Why do you feel the action was discriminatory?
6. What is the date and place of alleged discriminatory action?
7. What resolution are you requesting?

Also, enclosed is the "Complaint of Discriminatory Treatment" form (PA 607), if you prefer to provide a written account of your allegations and an optional Authorized Representative

Form (AR 1). You can also contact me directly via telephone at (562) 908-8335 or email at DPSSCivilRights@dpss.lacounty.gov to provide this information.

Please note that submitting a Civil Rights Complaint does not have positive nor negative effect on eligibility determination and Civil Rights Complaint Evaluation/Investigation process does not lead to approval or denial of benefits. Additionally, you have the right to ask for a State Hearing within 90 days of any negative action taken on your county benefits or services by DPSS to:

**Appeals and State Hearings**
P.O. Box 18890
Los Angeles, CA 90018
Toll Free No.: (800) 952-5253

Please respond by **November 27, 2023**. If we do not hear from you by this date, we will assume that you do not wish to pursue this discrimination complaint.

If you have any questions, please contact me at (562) 908-8335. For general information including assistance with customer service or eligibility needs, you may call the Customer Service Center at the toll-free number (866) 613-3777.

Sincerely,

Alisa Lieu

Alisa Lieu, Civil Rights Investigator
Civil Rights Section

AL:al

Enclosures

INXB *** BIC-ID CROSS REFERENCE REPORT *** HAW - 08/17/23 15:40:49

MEDS-ID =

| | | | |
|---|---|---|---|
| 90348895A26296 | BIC | 10/23/2006 | 06/15/2014 |
| 90348895A26063 | BIC | 03/03/2016 | 07/06/2022 |
| 90348895A25028 | BIC | 01/28/2005 | 11/22/2006 |
| 90348895A24136 | BIC | 05/16/2014 | 04/02/2016 |
| 90348895A23227 | PAPER CARD | 08/15/2023 | 09/30/2023 |
| 90348895A22157 | BIC | 06/06/2022 | |

OPTION




STATE OF CALIFORNIA
BENEFITS IDENTIFICATION CARD
ID No. 90348895A23258
GWENDOLYN C HALL
03 16 1970 Issue Date 09 15 23




Los Angeles General
Medical Center

LOS ANGELES GENERAL MEDICAL CENTER
PATIENT IDENTIFICATION

ALWAYS BRING THIS CARD WITH YOU!

HALL, GWENDOLYN CHRISTINE
DOB: 03/16/1970
MRN: 100311759



Medical Insurance Fraud

PASADENA POLICE DEPT.

# TRANSMITTAL FORM

509 MAY 0 9 2022

**Applicant—Complete Only Sections That Apply**

| NAME (FIRST, MIDDLE, LAST) | | | DL or ID NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| Gwendolyn C Hall | | | A3685036 | 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 |
| ADDRESS | CITY | STATE | ZIP CODE | DAYTIME AND EVENING TELEPHONE NUMBER |
| 195 E. Penn St | Pasadena, | Ca | 91103 | ( ) ( ) |

MAY 9 22 12:13

SSA DISTRICT OFFICE
OCT 16 2023
PASADENA CA

**Long Standing Stable Vision Condition Statement**

I have a long standing vision condition in my ☐ right eye only ☐ left eye only since because of a:

☐ vision disorder: WEAR Glasses

☐ trauma or accident:

DMV has this information along with documentation from my eye doctor. ☑ Yes ☐ No

If **no**, attach the Report of Vision Examination (DL 62).

***I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

DATE | SIGNATURE X

**Utility Form**

Use this section to transmit information.

I am requesting that the Driver licenses ISSUED 2/2021 and 3/2021 be made in ≠ invalid because the License ISSUED 2/2021 was stolen out the Post office after 3/2021 out my wallet. The DL licenses are being USED in Fraud. Property in New York was purchased & New York life insurance

***I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

DATE 5-9-2022 | SIGNATURE [signature] Hall

**Limited Term Recommendation**

Examiner is recommending ☐ Issuance ☐ Extension ☐ Ending a limited term (L/T) license.

☐ L/T Years Recommendation ☐ With Corrective Lenses (Code 01)

(Key 10 in Attach Field on TEST RESULTS screen)

Clearly state the reason for issuing, extending, or ending the limited term DL:

Post office complaints Case # 26403461

(661) 775-6681 3501 6053

**Medical Exam Report Review Recommendation**

☐ Applicant is disqualified ☐ The medical report needs further evaluation because:

The FBI agent went in the Pasadena, Ca DMV altered my Calif Driver license 2/2021, and went to NEW York and Purchased Property

(Send to DSAU) Mail Station J233 ☐ A copy of medical report is attached

**DMV Employee Signature**

| DATE | EMPLOYEE'S PRINTED NAME/SIGNATURE/ID NO. | OFFICE NAME/ID NO. |
|---|---|---|
| 5-9-22 | Em [signature] | Pasadena 509 |

REV.

SOCIAL SECURITY ADMINISTRATION

Refer To:
Gwendolyn Hall

Office of Hearings Operations
800 E Colorado Blvd
Suite 500
Pasadena, CA 91101-2108
Tel: (866)354-0220 / Fax: (833)311-0104

March 31, 2023

Gwendolyn Hall
507 Kumquat Court
Resurrection House
Sarasota, FL 34236

0402CIPA100823б*NOTAFP.X3.CIPAFP.ODARS.R230328.PS1K 0000000000000000CP00302303288967800102737

Dear Gwendolyn Hall:

Since you did not appear at your hearing, you will need to show good cause if you still want to have a hearing with an administrative law judge. Please complete and sign the enclosed form and return it to our office within ten (10) days. A return envelope is enclosed for your convenience.

Sincerely,

Bruce T. Cooper
Administrative Law Judge

Enclosure (HA-L90)

When the FBI Agents Got ready to receive the Civil Rights Claim check in Florida, the agents changed the hearing to Calif.

The Social Security ADministration is Falsifying and Altering ~~ANothian~~ Documents removing Direct Deposit information to help the woman Assuming my identity collect My disability Checks



DOR DEPARTMENT of REHABILITATION

Employment, Independence & Equality


State of California
Health and Human Services Agency

PASADENA BRANCH
150 S. LOS ROBLES AVE., SU. 300
PASADENA, CA 91101

05/03/2022

GWENDOLYN HALL
195 PENN STREET
PASADENA, CA 91103

Dear GWENDOLYN,

I hope this finds you well. An essential part of the Department of Rehabilitation's mission is to assist you in obtaining and retaining employment.

I called on 04/28/2022 and left you a voicemail message with a scheduled appointment for 05/10/2022. Our meeting can be conducted by telephone, email, virtual conference with ZOOM or Microsoft TEAMS, or text depending on your preferred method. Please confirm your appointment with me upon receipt of this letter/email and advise what works best for you. I look forward to meeting with you to continue to provide you with essential vocational services.

If you do want to come the Department of Rehabilitation (DOR) office for your scheduled appointment, please contact me in advance so I can provide you with current information regarding building access.

Please refer to the following links to learn about the DOR COVID-19 related information:

Department of Public Health link:
https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx

Department of Rehabilitation link: https://www.dor.ca.gov/Home/COVID19Resources

Thank you for your attention. Please do not hesitate to contact me with questions.

Sincerely,

Adrienne Fawcett
DRIENNE A. FAWCETT

TElling ON Someone

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

California Department of Insurance complaint # 8539870

8539870






Notice Date: 06/11/2023

Account ID: 48806249

Gwendolyn Hall
645 H Street, NE 2nd Floor
Washington, DC 20002

**Subject: Approval for Medicaid/Qualified Medicare Beneficiary (QMB) Decision**

Dear Gwendolyn Hall:

This notice contains information about Gwendolyn Hall

Information about other individual(s) in the household, such as adults without children, parents/caretaker relatives, pregnant women, and children without disabilities, who applied through District Direct will be sent in a separate notice.

**Congratulations!**

The individual(s) listed below automatically qualify for Medicaid because they receive Supplemental Security Income (SSI).

Gwendolyn Hall: Medicaid ID# 79205566

## Using Your Health Coverage

The individual(s) listed below can start using their health coverage right away and can get health services from any doctor, clinic or other health care provider who accepts Medicaid. We will send you their Medicaid card(s), but in the meantime, they can use their Medicaid ID number(s) to get health services now. The Medicaid ID numbers are:

Gwendolyn Hall: 79205566

Questions? Call District Direct Customer Service at 1-202-727-5355 or go online to www.districtdirect.dc.gov.

State of California - Health and Human Services | Department of Health Care Services

Wkr E186 | MRN: 100311759

X Signed HPE App given

# Hospital Presumptive Eligibility (HPE) Medi-Cal Application

check only one box 1-5
- [ ] 1.Not Elig/HealthIns.App.Given
- [ ] 2.M/C App+DPSS Addr.Given
- [ ] 3.M/C App Taken& Mailed DPSS
- [x] 4.M/C App Taken+Processed
- [ ] 5.Pending/Open M-Cal Case

***Do Not Mail this Application***

This application is used for internal purposes to assist applicants and retain for record keeping.

## Section 1. Tell us about yourself. Personal and Contact Information

Last Name: Hall | First Name: Gwendolyn | Middle Name: Christine | (Jr. Sr. II. etc.)

Date of birth (mm/dd/yyyy): 3/16/1970 | Social Security Number (optional): 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 | Male | Female: X

If homeless, check the box and tell us where we can reach you in the home address field below.

☐ If "Safe At Home" participant, check the box and answer the questions below.
1. What is your P.O. Box address, if known?
2. What is your Safe At Home Participant ID, if known?

Home Address (number & street): 195 E. Penn St | City: Pasadena | State: Ca | ZIP Code: 91103

Mailing Address (if different than above) | City | State | ZIP Code

Living in California? ☒ Yes ☐ No | County living in? L.A.

Best contact phone number: 323-409-1000 | Other phone number | Email address

What language do you speak best? Eng | What language do you read best? Eng

## Section 2. Additional Questions

| | | Yes | No |
|---|---|---|---|
| 1. | Have you been enrolled in Medi-Cal through Presumptive Eligibility (PE) in the past 12 months? If yes, name the PE program(s) ________ and if under age 19 how many times it was received? ____ | | X |
| 2. | Do you currently have Medicare? | | X |
| 3. | Do you have a State of California Benefits Identification Card (BIC), also known as a Medi-Cal Card? If yes, what is the identification number on the card, (if available)? ________ | X | |
| 4. | Are you between the ages of 18 – 25 and had Foster Care the month of his/her 18th Birthday? | | X |
| 5. | Are you a parent of a child or caretaker relative of a child that lives with the patient? | | X |
| 6. | Are you pregnant? If yes, what is the expected due date (mm/dd/yyyy)? ____ How many babies expected, if known? ____ *Note: If the individual is pregnant, services received are limited to ambulatory prenatal services.* | | X |
| 7. | If you are pregnant, have you been enrolled in Medi-Cal through Presumptive Eligibility during this current pregnancy? | | X |

## Section 3. Tell us about your household and income Information.

**How many family members live in your household?** 1
(*Include parent, spouse, and any children under age 21 living in the household*)

**How much is your household income before taxes?** $ 1050 Monthly or $________ Yearly

## Section 4. Signature and Declaration

**By signing, I declare that what I say below is true and correct.**
- I have read and understand this HPE Medi-Cal Application.
- The information I provided is true, correct, and complete.
- I understand that I must complete and submit the insurance affordability application by the end of my PE period in order to be eligible for continued coverage.
- I have received the insurance affordability application.

Signature of applicant or parent/spouse/guardian/emancipated minor: Gwendolyn Hall | Relationship to the applicant (if applicable): Yourself / Applicant | Date (mm/dd/yyyy): 8/15/23

An individual has a right to review records containing his/her personal information. The official entity responsible for keeping the information contained in this application is the California Department of Health Care Services and Covered California. This information may be shared with the County Department of Social Services in the county in which the individual resides. The individual's medical information will be kept with the Hospital Presumptive Eligibility Provider and Covered California.

HAD The clerk change A number in my Social Security number, because she had Medicaid # 79205566 In My name in Washington DC.

# EXECUTIVE DIRECTOR WELCOME

## From our Executive Director, Katherine Chew.

Reservations are no longer needed to visit LA Law Library. We have expanded our hours to 9:00am - 6:00pm Monday through Friday! Although not required, we strongly encourage patrons to wear a mask when inside the Law Library to protect the health of our valued patrons and staff. We also ask that you follow all posted and printed Patron Expectations and Rules of Conduct. We can't wait to see you!

Meanwhile, we are still providing service, assistance, and support remotely, so you choose what best suits your needs. You can reach us at AskNow (live chat), reference@lalawlibrary.org, or 213-785-2513 for reference assistance and free e-delivery up to 25 pages. Or you can watch our free online classes or schedule a free telephonic Lawyers in the Library Consultation with a volunteer lawyer here. For an extensive list of useful links and resources about legal issues impacted by COVID-19, please click here.

Will-call book borrowing and pick up is available by clicking here.

Para ver este anuncio general en español, haga clic aquí.

The Executive Director Katherine Chew have been letting the woman use some illegal device to get copies of the documents After I Print the Documents.

Pasadena Police Department Could of stopped this

The woman has the money

090822-801e74b098e0

RECEIVED
SEP 08 2022
City Auditor and Clerk
Pension Administration Division

WELL Fargo Fraud DEPARTMENT

NO ATM CARD to the bank Account

No Checks

No on line Banking

No Telephone Transactions

All TransActions to the Bank Account Shall be done inside the Bank.

Do NOT Mail out Bank Accounts STATEments

Your Appropriate attention to this matter will be appreciated

Thank You, 09/08/20

Gwendolyn Hall 09/08/202

Account # 6204824517 [signature] 09/08/2

There is an big Investigation going behind the WELL Fargo Account that I held in 2018/2019

NOTARY PUBLIC STATE OF FLORIDA
Tatiana Grieff
State of Florida
My Commission Expires 07/09/2023
Commission No. GG 347719

# Superior Court of the District of Columbia
## CIVIL DIVISION

Check One:

☐ Civil Actions Branch
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ Landlord & Tenant Branch
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ Small Claims & Conciliation Branch
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

FILED
CIVIL DIVISION
JUN 22 2023
Superior Court of the District of Columbia

## PRAECIPE

Gwendolyn Hall
*Plaintiff*

U.S. Postal Inspection Service
*Defendant*

Case No.: 2023 2963

The Clerk of said Court will The District of Columbia Civil Division Clerks, The Postal workers at National Capitol 2 massachusetts AVE NE Washington, DC 20002 (800) 275-8777, AND The Hispanic FBI conspired to run a Financial Scam on the Post office. The individuals were also going to Frame an Postal employee For a Crime, that The Postal work Did not do. The Hispanic FBI Agent told the Postal employee to write the address on my Florida identification on an Postal money order, that I was Cashing. The Agent was trying to make it look like The Postal Service gave out my florida identification information. The Agent is under Investigation in Sarasota, Florida For having an Amscot employee Scan my identification

The 22nd day of June, 2023

Gwendolyn Hall
Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

1009 11th Street NW
Address
Washington, DC 20001

Telephone No. Bar No.

Criminal Investigation Service center
U.S Postal Inspection Service
Defendant (or Attorney for Defendant)
Printed Name and Signature
Room 3253

433 W Harrison Street
Address
Chicago, IL 60669-3255

Telephone No. Bar No.



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

FILED
CIVIL DIVISION
JUL 03 2023
Superior Court of the District of Columbia

Gwendolyn Hall *Plaintiff*

vs.

SSA *Defendant*

*Case No.* 2023-CAB-002949

## MOTION - (Pro-Se)

MOTION OF: To Compel Discovery for

(State briefly what you want the Court to do)

I want the Social Security office to Respond to the Complaint.

| Printed name: Gwendolyn Hall | Signature: [signature] |
|---|---|
| Address: 1009 11th Street NW Washington, DC 20001 | Home phone no. |
| | Business phone no. |

## CERTIFICATE OF SERVICE

On ______________________ 20___ I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |

______________________
Signature

## POINTS AND AUTHORITIES

( Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Social Security Administration is Falsifying and Altering Government documents to Steal my identity. The Social Security office is making an mockery out the Courts, because the Social Security office want answer the complaint, but is still Falsifying and Altering documents to Steal my identity

[signature]
Signature